# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE MARK STOVALL, D/B/A
STOVALL & ASSOCIATES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOANNA KISHNER, DISTRICT
JUDGE,
Respondents,
  and
LETICIA RIVERA,
Real Party in Interest.

No. 67960



FILED

MAR 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original petition for a writ of prohibition and mandamus challenging the district court's apparent intent to adjudicate an attorney fees dispute in a personal injury action. On February 24, 2016, we entered an order noting that, based on filings in a related appeal indicating that the district court had "made a final ruling as to amount of [attorney] fees and costs" and petitioner's representation in that appeal that no matters related to it are pending before this court, it appeared that this petition may be moot and/or that petitioner does not intend to pursue it further. Accordingly, we directed petitioner to file either (1) a stipulation or motion to dismiss the petition in this matter or (2) a supplement to the petition informing this court of the status of the

16-08859

petition. Petitioner was directed to file such a response by March 7, 2016. To date, petitioner has failed to respond to our order. In light of foregoing, we conclude that petitioner has abandoned this petition, and we therefore dismiss it.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Joanna Kishner, District Judge
     Stovall & Associates
     Injury Lawyers of Nevada
     Eighth District Court Clerk